UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
J.N
NOV 1 5 2007
Nov. 15, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LAWRENCE CARNES, III,

    Plaintiff,

-vs-                        Case No:    JH

MATERIAL SERVICE CORPORATION,

    Defendant.

07CV6479
JUDGE PALLMEYER
MAG. JUDGE COLE

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
      -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, complaining against Defendant as follows:

1

1. Jurisdiction and venue lie in this action, Defendant conducting business within this forum's boundaries.

2. Jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance, cure and wages.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crew member aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about October 16, 2006, Plaintiff was in the course of employment on a high empty barge in an undermanned context that should have had another crewman assisting when Plaintiff was lifting a wire when it twisted resulting in injury; shortly thereafter, in attempting to lift a wire from the tow boat to an empty barge Plaintiff's glove got caught on a unreasonably glove grabbing wire resulting in further injury to his shoulder whereafter on a third occasion he was required in an undermanned context to carry rigging 200 feet to a steering coupling when as a result of said failure to provide a safe place to work and seaworthy vessel he was injured.

5. Defendant's tortious acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

    a. Pain and suffering, past, present and future;

    b. Mortification, humiliation, fright shock and embarrassment;

    c. Loss of earnings and earning capacity;

    d. Hospital, pharmaceutical and other cure expenses;

    e. Aggravation of prior condition, if any there be;

  f.  Inability to engage in social, recreational, and other pursuits previously enjoyed;

  g.  Mental anguish;

  h.  Found;

  i.  Maintenance, cure, wages and/or attorney fees.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

           O'BRYAN BAUN COHEN KUEBLER

           _____
           DENNIS M. O'BRYAN (P30545)
           Attorneys for Plaintiff
           401 S. Old Woodward, Suite 450
           Birmingham, MI 48009
           (248) 258-6262
           (248) 258-6047 - fax
           dob@obryanlaw.net

           -and-

           _____
           Frederic Mendelsohn (6193281)
           Burke, Warren, MacKay & Serritella, P.C.
           Local Counsel
           22nd Floor
           330 N. Wabash Ave.
           Chicago, IL 60611-3607
           312-840-7004
           312-840-7900 - fax

Dated:  October 30, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE CARNES, III,

    Plaintiff,

-vs-                                    Case No:

MATERIAL SERVICE CORPORATION,

    Defendant.
_____/

O'BRYAN BAUN COHEN KUEBLER
DENNIS M. O'BRYAN (P30545)
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047
dob@obryanlaw.net
      -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax
_____/

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER, and hereby demands trial by jury in the above-referenced cause of action.

1

O'BRYAN BAUN COHEN KUEBLER

_____
DENNIS M. O'BRYAN (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
dob@obryanlaw.net

-and-

_____
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel
22nd Floor
330 N. Wabash Ave.
Chicago, IL 60611-3607
312-840-7004
312-840-7900 - fax

Dated:   October 30, 2007