UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE CARNES, III,

    Plaintiff,

-vs-                                      Case No:   07 CV 6479

MATERIAL SERVICE CORPORATION,

    Defendant.

_____/

## REPORT OF PARTIES PLANNING MEETING

1.     **Meeting.**  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 23, 2008 telephonically and was attended by Kirk E. Karamanian, attorney for Plaintiff and Robert A. Carson, Attorney for Defendant.

2.     **Pre-Trial Schedule.**  The parties jointly propose to the court the following discovery .

    a.    Discovery will be needed on the following subjects: liability and damages.

    b.    Discovery pursuant to Fed.R.Civ.P. 26(a)(1) to be made by February 15, 2008. All discovery to be commenced in time to be completed by October 15, 2008.

    c.    The parties expect they will need approximately six depositions.

    d.    Reports from retained experts under Rule 26(a)(2) due: from Plaintiff by June 1, 2008, from Defendant by July 15, 2008.

    e.    Parties should be allowed until May 1, 2008 to join additional parties and to amend the pleadings.

    f.    All potentially dispositive motions should be filed by October 15, 2008.

    g.    Final pretrial order: Plaintiff to prepare proposed draft by November 15, 2008; parties to file joint pretrial order by December 15, 2008.

    h.    The case should be ready for trial by January 12, 2009 and is expected to take approximately three days.

3.    **Settlement.** At least 14 days prior to the Rule 16(b) scheduling conference, Plaintiff is directed to make a written demand to the Defendant. At least 7 days prior to the scheduling conference Defendant is to respond writing to the Plaintiff's settlement demand.

4.    **Consent.** Parties do not consent to proceed before a Magistrate Judge.

| | |
|---|---|
| O'BRYAN BAUN COHEN KUEBLER KARAMANIAN | GOULD & RATNER, LLP |
| /s/ Dennis M. O'Bryan | /s/ Robert A. Carson (w/ permission) |
| DENNIS M. O'BRYAN<br>Attorney for Plaintiff<br>401 S. Old Woodward, Suite 450<br>Birmingham, MI 48009<br>(248) 258-6262<br>(248) 258-6047<br>dob@obryanlaw.net | ROBERT A. CARSON<br>Attorney for Defendant<br>222 North LaSalle St.<br>Chicago, IL 60601<br>(312) 236-3003<br>rcarson@gouldratner.com |