UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


LAWRENCE CARNES, III,

    Plaintiff,

-vs-                                     Case No:   07 CV 6479

MATERIAL SERVICE CORPORATION,

    Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that Kirk E. Karamanian, Esq., of O'Bryan Baun Cohen Kuebler

Karamanian, is filing his appearance as counsel for Plaintiff in the above-captioned matter.



                                      O'BRYAN BAUN COHEN
                                       KUEBLER KARAMANIAN

                                   */s Kirk E. Karamanian*
                                     Kirk E. Karamanian
                                     Attorney for Plaintiff
                                     401 S. Old Woodward, Ste. 450
                                     Birmingham, MI 48009
                                     Telephone:    248-258-6262
                                     Facsimile:    248-258-6047
                                     kkaramanian@obryanlaw.net

CERTIFICATE OF SERVICE

       I hereby certify that on the 30th day of January, 2008, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record.  Parties may access this filing through the Court's system.

/s Kirk E. Karamanian
KIRK E. KARAMANIAN
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
Telephone:    (248) 258-6262
Facsimile:    (248) 258-6047
kkaramanian@obryanlaw.net