UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CARNES, III, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07 CV 6479 |
| | ) |
| MATERIAL SERVICE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To: See Attached Certificate of Service

    **PLEASE TAKE NOTICE** that on **April 22, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, the undersigned counsel shall appear before the Honorable Rebecca R. Pallmeyer, in courtroom 2119, at the United States District Court, 219 S. Dearborn Street, Chicago, Illinois 60604, or in her absence, before such other Judge who may be sitting in her place and stead and shall then and there present **Defendant's Motion for Leave to File Affirmative Defenses**, a copy of which is hereby served upon you.

Dated: April 11, 2008

                                               MATERIAL SERVICE CORPORATION

                                               By: /s/ Robert A. Carson
                                                    One of its Attorneys

Robert A. Carson (#3126935)
GOULD & RATNER LLP
222 North LaSalle St., Suite 800
Chicago, Illinois 60601
Telephone:   (312) 236-3003
Facsimile:    (312) 236-3241

396950.1 05000.2460

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of Defendant's Motion for Leave to File Affirmative Defenses, to the following:

                                                  /s/ Robert A. Carson

**Attorneys for Plaintiff**

**Dennis M. O'Bryan**
O'Bryan, Baun Cohen Kuebler Karamanian
401 South Old Woodward
Suite 450
Birmingham, MI 48009
(248) 258-6262
Email: dob@obryanlaw.net
*ATTORNEY TO BE NOTICED*

**Frederic A. Mendelsohn**
Burke, Warren, MacKay & Serritella PC
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
Email: fmendelsohn@burkelaw.com
*ATTORNEY TO BE NOTICED*

**Kirk E. Karamanian**
O'Bryan, Baun & Cohen
401 South Old Woodward
Suite 320
Birmingham, MI 48009
(248) 258-6262
Email: kkaramanian@obryanlaw.net