UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE CARNES, III,

    Plaintiff,

-vs-                                  Case No:   07 CV 6479

MATERIAL SERVICE CORPORATION,

    Defendant.
_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
ENTRY OF A QUALIFIED PROTECTIVE ORDER PURSUANT TO HIPAA**

    Plaintiff, LAWRENCE CARNES III, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, has no objection to the relief requested by Defendant in its Motion for Entry of a Qualified Protective Order Pursuant to HIPAA.

    Respectfully submitted,

    O'BRYAN BAUN COHEN KUEBLER
    KARAMANIAN

    s/ Kirk E. Karamanian
    KIRK E. KARAMANIAN (P52955)
    Attorneys for Plaintiff
    401 S. Old Woodward, Ste. 450
    Birmingham, MI 48009
    Telephone:    (248) 258-6262
    Facsimile:    (248) 258-6047
    kkaramanian@obryanlaw.net

Dated: April 14, 2008

**CERTIFICATE OF SERVICE**

1

The undersigned does hereby certify that on the 14th day of April, 2008, the foregoing document was filed with this Court through its ECF filing system, and said notice of said document filing will be provided to counsel of record through the Court's system.

s/ Kirk E. Karamanian
KIRK E. KARAMANIAN (P52955)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
Telephone:    (248) 258-6262
Facsimile:    (248) 258-6047
kkaramanian@obryanlaw.net

H:\PAT\WP61DOCS\KIRK\Carnes, Lawrence\Response to Motion for Protective Order 04.14.08.wpd