UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAWRENCE CARNES, III,

    Plaintiff,

-vs-                                        Case No:   07 CV 6479

MATERIAL SERVICE CORPORATION,

    Defendant.

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR
LEAVE TO FILE AFFIRMATIVE DEFENSE**

    Plaintiff, LAWRENCE CARNES III, by and through counsel undersigned, O'BRYAN BAUN COHEN KUEBLER KARAMANIAN, states that he has no objection to the relief requested by way of Defendant's Motion for Leave to File Affirmative Defense.

                                              Respectfully submitted,

                                              O'BRYAN BAUN COHEN KUEBLER
                                              KARAMANIAN

                                              s/ Kirk E. Karamanian
                                              KIRK E. KARAMANIAN (P52955)
                                              Attorneys for Plaintiff
                                              401 S. Old Woodward, Ste. 450
                                              Birmingham, MI 48009
                                              Telephone:     (248) 258-6262
                                              Facsimile:      (248) 258-6047
                                              kkaramanian@obryanlaw.net

Dated: April 14, 2008

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 14th day of April, 2008, the foregoing document was filed with this Court through its ECF filing system, and said notice of said document filing will be provided to counsel of record through the Court's system.

s/ Kirk E. Karamanian
KIRK E. KARAMANIAN (P52955)
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
Telephone:   (248) 258-6262
Facsimile:   (248) 258-6047
kkaramanian@obryanlaw.net

H:\PAT\WP61DOCS\KIRK\Carnes, Lawrence\Response to Motion for Leave to File Affirmative Defense 04.14.08.wpd