UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWRENCE CARNES, III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 6479 |
| ) | |
| MATERIAL SERVICE CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### MATERIAL SERVICE CORPORATION'S AFFIRMATIVE DEFENSE

Defendant Material Service Corporation ("MSC"), by its attorneys Gould & Ratner LLP, submits its Affirmative Defense without prejudice to its denials and any and all other statements made in its Answer, and pleading in the alternative only. MSC, for its Affirmative Defense, states as follows:

### AFFIRMATIVE DEFENSE

1. It was the duty of the Plaintiff at all relevant times, including but not limited to, before and at the time of the injury alleged in Plaintiffs' Complaint, to exercise due care and to take necessary precautions to prevent his own injuries.

2. Notwithstanding said duty, and in breach thereof, Plaintiff was guilty of one or more of the following acts or omissions of negligence, misconduct or fault:

    a.    failed to use due care while lifting;

    b.    failed to follow his training and/or proper procedures in avoiding the injuries and/or conditions of which he now complains;

    c.    failed to follow his training and/or proper procedures in correcting or addressing the conditions of which he now complains;

    d.    failed to take the necessary precautions to prevent his own injury;

    e.    failed to perform his duties in a careful and attentive manner;

      f.      failed to inform his supervisors of any alleged dangerous condition;

      g.      disregarded an open and obvious condition;

      h.      failed to seek assistance from other crew members where necessary or appropriate to do so;

      i.      was otherwise careless, negligent, and inattentive to his own safety.

3.     The aforementioned negligence, misconduct and fault of the Plaintiff contributed in whole or in part to proximately cause the alleged injuries and damages for which Plaintiff seeks recovery.

4.     As a result of the negligence, misconduct and fault of the Plaintiff, any damages awarded to Plaintiff shall be reduced in proportion to the amount of negligence, misconduct and/or fault attributed to him.

WHEREFORE, the Defendant Material Service Corporation, prays for the entry of judgment in its favor and against the plaintiff, as requested in its answer herein, together with such other and further relief in its favor as this court deems just and appropriate. In the alternative, and to the extent any damages are awarded to Plaintiff, Defendant prays that said amount of damages shall be reduced in proportion to the amount of negligence, misconduct and/or fault attributable to Plaintiff.

                                       MATERIAL SERVICE CORPORATION

                                       By:  /s/ Robert A. Carson
                                             One of its Attorneys

Robert A. Carson
Gould & Ratner LLP
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
312.236.3003

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of Material Service Corporation's Affirmative Defense, to the following:

/s/ Robert A. Carson

**Attorneys for Plaintiff**

**Dennis M. O'Bryan**
O'Bryan, Baun Cohen Kuebler Karamanian
401 South Old Woodward
Suite 450
Birmingham, MI 48009
(248) 258-6262
Email: dob@obryanlaw.net

**Frederic A. Mendelsohn**
Burke, Warren, MacKay & Serritella PC
330 North Wabash Avenue
22nd Floor
Chicago, IL 60611
(312) 840-7000
Email: fmendelsohn@burkelaw.com

**Kirk E. Karamanian**
O'Bryan, Baun & Cohen
401 South Old Woodward
Suite 320
Birmingham, MI 48009
(248) 258-6262
Email: kkaramanian@obryanlaw.net