## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6479 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Lawrence Carnes, III vs. Material Service Corporation | | |

**DOCKET ENTRY TEXT**

Motion for leave to file Affirmative Defense [14] *instanter* granted.  Status hearing set for 4/22/2008 is stricken and reset to 5/27/2008 at 9:00 AM.

Notices mailed by Judicial staff.

| | |
|---|---|
| Courtroom Deputy Initials: | ETV |