Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6479 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Lawrence Carnes, III vs. Material Service Corporation | | |

**DOCKET ENTRY TEXT**

Motion for entry of a qualified protective order pursuant to HIPAA [12] granted. Enter Qualified Protective Order Pursuant To HIPAA.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|